Marvin Harold WITHERSPOON, Petitioner—Appellant,

v.

Patricia R. STANSBERRY, Respondent—Appellee.

No. 11–7230.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 30, 2012.

Decided: Feb. 8, 2012.

Marvin Harold Witherspoon, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Harold Witherspoon, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Witherspoon v. Stansberry,* No. 3:10–cv–00323–REP, 2011 WL 3269645 (E.D.Va. July 29, 2011). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*